IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SAMUEL DEET, #264 196 | * | |
| Plaintiff, | * | |
| v. | * | 2:10-CV-1049-TMH |
| | | (WO) |
| MICHAEL G. MATTHEW, *et al.*, | * | |
| Defendants. | * | |

## ORDER

On March 14, 2011, the Magistrate Judge issued a Recommendation (Doc. 10) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that:

1. The Report and Recommendation (Doc. 10) is ADOPTED.

2. This case is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b).

DONE this 6th day of April, 2011.

Truman M. Hobbs, Sr.

SENIOR UNITED STATES DISTRICT JUDGE