IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SAMUEL DEET, #264 196 | * | |
| Plaintiff, | * | |
| v. | * | 2:10-CV-1049-TMH (WO) |
| MICHAEL G. MATTHEW, *et al.*, | * | |
| Defendants. | * | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED and ADJUDGED that this case is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b).

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

Done this 6th day of April, 2011.

*Truman M. Hobbs*
SENIOR UNITED STATES DISTRICT JUDGE